# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ISAAC JOSEPH EMERY, *Plaintiff* <br> v. <br> NANCY A. BERRYHILL (PREVIOUSLY CAROLYN W. COLVIN), Acting Commissioner of Social Security, *Defendant* | ) ) ) ) ) ) Civil Action No. 1:16-CV-3085-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Sumary Judgment (ECF No. 13) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on Motions for Summary Judgment (ECF Nos. 13 and 14).

Date: February 24, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb